UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FELIX NKANSAH,

                       Plaintiff,                          **ORDER**
                                                   **10-CV-3211 (RJD)(JMA)**
                - against -                      [Pro Se; IFP]

MEDICAL DEPARTMENT OF MCC and
MEDICAL DEPARTMENT OF MDC,

                        Defendants.

-----------------------------------------------------------X

**AZRACK, United States Magistrate Judge:**

       Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby

granted. The Clerk of Court shall send a copy of this Order and the complaint to the United

States Attorney's Office and to plaintiff. No summonses shall issue at this time.

       Plaintiff Felix Nkansah brings this *pro se* civil rights action against the medical personnel

at the Metropolitan Correctional Center and the Metropolitan Detention Center. He alleges that

he received poor medical treatment at both facilities and that his medical needs are still not being

met at the MDC, where he is currently incarcerated. Plaintiff further alleges that he made formal

requests for his medical records so that he might identify the doctors responsible for his

treatment. He states that the records were not sent and that the doctors refused to give him their

names. (Complaint ¶ 5.) He seeks injunctive relief as well as compensatory and punitive

damages.

       Pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997) (per curiam), the Court

requests that the United States Attorney's Office ascertain the full names and service addresses

of the medical officers who treated plaintiff in November 2008, September 2009, between

November 2009 - February 2010, and on or about June 1, 2010 and June 22, 2010. The United

States Attorney's Office need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the defendants as instructed by the Second Circuit in <u>Valentin</u>.

The United States Attorney's Office is hereby requested to produce the information specified above regarding the identity and service addresses of these officers within 30 days of the date of this Order. Once this information is provided, plaintiff's complaint shall be deemed amended to reflect the full names of the defendants, summonses shall be issued, and the Court shall direct service on the defendants.

SO ORDERED.

/S/
_____
JOAN M. AZRACK
United States Magistrate Judge

Dated: July 20, 2010
       Brooklyn, New York